# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 13-32568-DHW
                                               Chapter 13

DONALD C. BULLARD,
STEPHANIE C. BULLARD,

          Debtors.


## CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. # 54) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtors in payments under the confirmed chapter 13 plan.   The motion came on for hearing on May 16, 2016, at which time the debtors requested additional time to consider the conversion of this case to a case under chapter 7.   In accordance with the ruling from the bench in open court, it is

ORDERED that this bankruptcy case is DISMISSED effective *14* days from the date of this order unless the debtors convert the case to a case under chapter 7 on or before the effective date.

Done this 16th day of May, 2016.


                                        Dwight H. Williams, Jr.
                                        United States Bankruptcy Judge


c:  Debtors
    Richard D. Shinbaum, Attorney for Debtors
    Curtis C. Reding, Trustee
    All Creditors